**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett (SBN 005855)
gbarrett@wardkeenanbarrett.com
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel:   (602) 279-1717
Fax:   (602) 279-8908

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudette Torrez,<br><br>                    Plaintiff,<br><br>     v.<br><br>Signet Jewelers Limited.<br><br>                    Defendant. | No. 2:24-cv-01332-SMB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiff Claudette Torrez voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  September 13, 2024

                                      Respectfully submitted,

                                      **WARD, KEENAN & BARRETT, P.C.**

                                      */s/ Gerald Barrett*

                                      Gerald Barrett (SBN 005855)
                                      gbarrett@wardkeenanbarrett.com
                                      3838 N. Central Avenue, Suite 1720

Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Mary Farley