# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudette Torrez, | No. CV-24-01332-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Signet Jewelers Limited, | |
| Defendant. | |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 19). The motion was filed pursuant to Fed. R.Civ. P. 42(a)(1)(A)(i). Upon review of the docket, Defendant has not filed an Answer or motion for summary judgment, so Plaintiff's notice is sufficient.

**IT IS ORDERED** dismissing this case without prejudice and directing the Clerk of Court to terminate this case.

Dated this 10th day of October, 2024.

Honorable Susan M. Brnovich
United States District Judge